IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | |
|---|---|
| LARRY MILTON AIKEN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CV 110-104 |
| | ) |
| REGIONS BANK *d/b/a* REGIONS | ) |
| MORTGAGE, | ) |
| | ) |
| Defendant. | ) |

---

## ORDER

---

After a careful, *de novo* review of the file, the Court concurs with the Magistrate

Judge's Report and Recommendation, to which no objections have been filed. Accordingly,

the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of

the Court. Therefore, the above-captioned complaint is **DISMISSED** for failure to state a

claim upon which relief may be granted, Plaintiff's state law claims are **DISMISSED**

without prejudice, and this civil action is **CLOSED**.

SO ORDERED this _7th_ day of October, 2010, at Augusta, Georgia.

J. RANDAL HALL
UNITED STATES DISTRICT JUDGE